UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARK RIVER CLEANUP COALITION,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF WALL AND ESTATE OF FRED MCDOWELL, JR.,<br><br>Defendants. | Case No. 3:17-cv-8049 (BRM) (LHG)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Defendant Township of Wall's (the "Township") Motion for Summary Judgment (ECF No. 24), Plaintiff Shark River Cleanup Coalition's ("Plaintiff") Motion for Summary Judgment (ECF No. 25) and Defendant Estate of Fred McDowell, Jr.'s ("McDowell") Cross-Motion for Summary Judgment (ECF No. 30). Having reviewed the filings submitted in connection with both Motions and the Cross-Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons below and for good cause shown,

**IT IS** on this 30th day of April 2021,

**ORDERED** that the Township's Motion for Summary Judgment (ECF No. 24) and McDowell's Cross-Motion for Summary Judgment (ECF No. 30) are **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 25) is **DENIED**; and it is further

**ORDERED** that the Clerk is directed to close the case.

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**